EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Enmienda al Artículo 19.18 Del Reglamento de la Administración del sistema De Personal de la Rama Judicial | 2008 TSPR 195<br><br>175 DPR \_\_\_\_ |

Número del Caso: EP-2008-4


Fecha: 30 de diciembre de 2008

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

## EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| **Enmienda al Artículo 19.18 del Reglamento de la Administración del Sistema de Personal de la Rama Judicial** | **Núm.**EP-2008-04 |

## RESOLUCIÓN

En San Juan, Puerto Rico, a *30* de diciembre de 2008.

Previa recomendación de la Directora Administrativa de los Tribunales, se enmienda el Reglamento de la Administración del Sistema de Personal de la Rama Judicial, según enmendado, como se dispone a continuación.

Se enmienda el Artículo 19.18 del Reglamento de la Administración del Sistema de Personal de la Rama Judicial, según enmendado, para que disponga lo siguiente:

...

<u>19.18 – Licencia para Renovación de Licencia de Conducir</u>

1) Se concede a todo empleado que posea un certificado de licencia debidamente expedido o autorizado por el Secretario de Transportación y Obras Públicas y todo dueño o propietario de un vehículo de motor o arrastre, un máximo de dos (2) horas de tiempo, con paga y sin cargo a licencia alguna, para renovar su licencia de conducir.

2) De excederse el empleado del término de las dos (2) horas, el exceso se le descontará de la licencia de vacaciones o de las horas extras que tenga acumuladas siempre y cuando no estén vencidas para pago.